# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2025

### NO.  03-25-00051-CV

**Axia Medical Solutions, LLC; Andrew Coney; Mitchell Walker; Brett Udland; and Capital City Drug, LLC, Appellants**

**v.**

**Prodigy Health, LLC, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on January 16, 2025.  Axia Medical Solutions, LLC; Andrew Coney; Mitchell Walker; Brett Udland; and Capital City Drug, LLC have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.